1
2
3
4
5
6
7 UNITED STATES DISTRICT COURT
8 NORTHERN DISTRICT OF CALIFORNIA
9

| | |
|---|---|
| JAMES MARION SIMS, | Case No. 17-cv-01905-HSG (PR) |
| Plaintiff, | |
| v. | **ORDER RE: REASSIGNMENT FROM A MAGISTRATE JUDGE** |
| D. SCANLON, | |
| Defendant. | |

This suit was reassigned from a magistrate judge to the undersigned in light of a recent Ninth Circuit decision.[1] While this case was with the magistrate judge, various orders were issued. The Court regards the magistrate judge's orders as reports and recommendations from the magistrate judge to the undersigned. The parties may now offer objections to those reports and recommendations. Any objections must be filed with this Court within **thirty (30)** days of this order. Pursuant to Civil Local Rule 72-2:

> The motion must specifically identify the portion of the magistrate judge's order to which objection is made and the reasons and authority therefor. The motion may not exceed 5 pages (not counting declarations and exhibits), and must set forth specifically the portions of the Magistrate Judges findings, recommendation or report to which an objection is made, the action requested and the reasons supporting the motion and must be accompanied by a proposed order.

*Id.*

---

[1] *Williams v. King*, 875 F.3d 500, 503 (9th Cir. 2017) (magistrate judge lacked jurisdiction to dismiss case on initial screening because unserved defendants had not consented to proceed before magistrate judge).

If a party files no objection within thirty days, the Court will deem that party to have waived his right to object to the magistrate judge's reports and recommendations.

**IT IS SO ORDERED.**

Dated: 1/11/2018

*Haywood S. Gilliam, Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge