UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MARION SIMS,<br><br>  Plaintiff,<br><br>v.<br><br>D. SCANLON,<br><br>  Defendant. | Case No. 17-cv-01905-HSG (PR)<br><br>**ORDER DENYING PLAINTIFF'S "MOTION TO REQUIRE DEFENDANT TO REPLY"**<br><br>Re: Dkt. No. 22 |

Plaintiff's "motion to require defendant to reply" is DENIED as unnecessary. Defendant has timely filed a motion for summary judgment as directed by the Court in its October 31, 2017 scheduling order. The summary judgment motion is now fully briefed, and a ruling on the motion will issue by separate order.

This order terminates Docket No. 22.

**IT IS SO ORDERED.**

Dated: 4/2/2018

*Haywood S. Gilliam Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge