UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MARION SIMS,<br><br>        Plaintiff,<br><br>   v.<br><br>D. SCANLON,<br><br>        Defendant. | Case No. 17-cv-01905-HSG (PR)<br><br>**JUDGMENT** |

For the reasons set forth in the accompanying order granting defendant's motion for summary judgment on grounds of failure to properly exhaust available administrative remedies, the action is dismissed without prejudice.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 9/4/2018

HAYWOOD S. GILLIAM, JR.
United States District Judge